

# Addenda to SF 1449 Summary of Award

## VA FSS Contract 36F79720D0215[1]

| Contractor Name: | Pediatric Allergy Solutions |
|---|---|
| Schedule: | *621 II, Medical Laboratory Testing & Analysis Services* |
| Solicitation Number: | RFP-797-FSS-04-0001 -R3 |
| Performance Period: | August 17, 2020 - August 16, 2025 |
| NAICS: | 621511 |
| FSC: | Q301 |



EX. 1

---

[1] The use of this Government contract to solicit Government business for non-contract products is fraudulent and subject to prosection.

# Contract Documents

VA FSS Contract 36F79720D0215 consists of the following documents:

| | | | | |
|---|---|---|---|---|
| FAR 52.212-4 Contract Terms and Conditions – Commercial Items and Addenda | | | | |
| FAR 52.212-5 Contract Terms and Conditions Required to Implement Statutes or Executive Orders – Commercial Items | | | | |
| **Program Participation** | | | | |
| Public Law 109-364 Disaster Recovery Purchasing Program | | ☒ Yes | | ☐ No |
| Public Health Emergencies under Section 319 of the Public Health Services Act, codified at 42 U.S.C. 247D | | ☒ Yes | | ☐ No |
| **Use of Subcontractors / Test Send Outs** | | | | |
| [enter approved list of subcontractors or refer to attachment] | | ☐ Yes | | ☒ No |
| **Proposal Information** | | | | |
| Amendment(s) | Yes, all Amendments have been received  4 | | | |
| Proposal | Pediatric Allergye Solutions offer dated April 13, 2020 | | | |
| Final Proposal Revision Letter | August 8, 2020<br>Michael Bludetto, President & CEO | | | |
| Subcontracting Plan | Not Applicable - Small Business | | | |
| Awarded Pricing | A copy of the awarded line items with prices (including IFF) is attached hereto and made a part hereof.  (See attachment) | | | |

A. Pricing, Terms, and Conditions as agreed to are listed below:

| Accepted SINs | SIN | % Discount or Discount Range | Maximum Order |
|---|---|---|---|
| | 621-209 | 60.40% | $1,000,000 |
| Tracking Customer(s) | All Commerical Customers | | |
| Tracking Ratio(s) | 0.81 | | |
| Quantity / Tier / Multi-Test Discount(s) | None | | |
| Assay Schedule / Business Hours | 24 hours/7 days a week | | |
| Standard Delivery Time / Turn Around Times (TAT) | Routine 2 days<br>Complex 3-6 days | | |
| Expedited Delivery Time for STAT Servces | None | | |
| Additional Routine (Non-STAT) or Unscheduled Pickups | No Additional Charges | | |
| Reperformance of Services | Specimens are stored for a minimum of 6 months. If retested they are treated as normal patients (documentation of the retest are indicated in both the in-house and comment areas of the report and delivered to the Medical Director or Supervisor prior to reporting out to the client. Repeat testing is performed at no charge. The Medical Laboratory Director or Supervisor must approve the retest. After testing is completed the results are given to the Medical Laboratory Director for review.  If necessary, an amended report will be generated and the client contacted to discuss the issue. PAS acknowledged understanding requirement to retain specimen indefinitely if specimen is required for medical/legal issue at the request of the Government. | | |
| FOB Point(s) | FOB Destination to 48 Contiguous, District of Columbia. FOB origin point of exportation to Hawaii, Alaska and PR (including US Territories) | | |
| Credit Card Acceptance<br>*MPT = Micropurchase Threshold* | Yes; credit cards accepted below and equal to MPT<br>With maximum amount of: $2500 | | |

| Minimum Order | None |
|---|---|
| Payment Terms | 2% - 10, Net 30 Days |
| Annual Rebate | None |
| Commercial Price List | Current Cogent Medical Laboratory Modalities with Microbiology Billed Amounts for Commerical - 4/28/2020 |
| Number of Accepted Items | 1 |

## B. Tracking Customer and the Price Reductions Clause (552.238-75)

For the purposes of the Price Reductions clause (552.238-75) and the Modifications clause (552.238-81), the Government and Contractor agree that this contract shall be predicated on the awarded FSS discount off of commercial price list named and identified on pg. 3 and the following customer(s) or category(ies) of customer(s): "*All Commercial Customers)*".  During the course of this contract, for any sales under the maximum order, the following price relationship shall be maintained: 0.81 Ratio.

This is not applicable for deviation sales previously disclosed. If the identified tracking customer contract/agreement has been cancelled, terminated, expired, or the tracking customer has merged with another group, the assigned contract specialist shall be notified within 10 days after the event occurs, and if possible, before the event occurs. At such time, the contractor will negotiate in good faith with the assigned contract specialist in order to establish a successor tracking customer via the Request for Modification process.

## C. Economic Price Adjustment

552.216-70 Economic Price Adjustment Clause – FSS Multiple Award Schedule Contracts of the solicitation applies to all items awarded under this contract.

## D. Annual Rebate

An annual rebate *has not been* negotiated and awarded under this contract.

*[copy/paste Terms identified in the FPR]*

The annual rebate effective date is the first day of the government fiscal year quarter in which the contract is effective.  The annual rebate shall be applied at the end of each rebate year.  Within 30 calendar days after the end of each rebate year of the contract, the Contractor shall furnish a statement to the assigned Contract Specialist certifying the rebate value of sales made under the contract.  Subsequently, the Contractor will receive a bill for collection (BOC) or invoice requesting payment for the rebate amount due.  The Contractor will submit payment to the Department of Veterans Affairs, referencing the BOC (invoice) number and the statement, "Annual Rebate under contract 36F797XXDXXXX."

Any amount not paid within 30 calendar days from the date of the BOC described above, shall bear interest in accordance with clause 52.232-17, Interest.  Any controversies concerning the amount due to the Government shall be subject to the Disputes Clause.