

**Thermo Fisher Scientific**
5781 Van Allen Way
Carlsbad, CA 92008
800-955-6288
thermofisher.com

The world leader in serving science

Cogent Medical Laboratory
6914 S Yorktown Ave, Suite 110
Tulsa, OK  74136

Reference:  Proposed Terms for the Supply of COVID-19-Related Products between Life Technologies Corporation and Cogent Medical Laboratory LLC ("Term Sheet")

Dear Robert,

As you are aware, Life Technologies Corporation, a part of Thermo Fisher Scientific ("LTC") has been discussing with Cogent Medical Laboratory LLC ("Buyer") the supply of certain products described in the Term Sheet, attached hereto as Exhibit A.  We wish to thank you for submitting your interest in purchasing the products described in the Term Sheet (the "Products"). As discussed, please see below the terms we have agreed to in relation to the purchase of the Products which, together with our quote number **P4087111** (the "Quote"), form the "Contract".

The Purchase of the Products is subject to Thermo Fisher Scientific's standard terms and conditions of sale available at https://www.thermofisher.com/content/dam/LifeTech/Documents/PDFs/Terms-and-Conditions-of-Sale.pdf, together with the special terms noted below.

Any terms or provisions which differ from these terms contained in any document provided by LTC, or Buyer (including but not limited to in any purchase order) will not be applicable to the purchase of the Products.

Special Terms
*The purchase of the Products is subject to written acceptance by Life Technologies Corporation, a part of Thermo Fisher Scientific Inc. Delivery quantities and schedules must be agreed in writing by Thermo Fisher Scientific. Unless agreed otherwise in writing, payment is due within 30 days from Buyer's receipt of invoice. Thermo Fisher Scientific will not be responsible or liable for failing to perform obligations to the extent caused by circumstances beyond its reasonable control. Buyer acknowledges that at the time of ordering, the Products may not have been approved for diagnostic use. Buyer further acknowledges and agrees to be responsible for any off-label use of Products supplied.*

EX. 2

**ThermoFisher**
**SCIENTIFIC**

Please acknowledge Buyer's agreement with these conditions by counter-signing the confirmation below.

Kind regards,

_____
Kent Davidson
Vice President, Commercial Operations
For and on behalf of Life Technologies Corporation,
a part of Thermo Fisher Scientific Inc.


Agreed and countersigned on behalf of Buyer

*[signature]*



## Exhibit A

**PROPOSED TERMS FOR THE SUPPLY
OF COVID-19-RELATED PRODUCTS
BETWEEN
LIFE TECHNOLOGIES CORPORATION AND Cogent Medical Laboratory LLC**

*This document is non-binding and is intended solely as a summary of the terms that are currently proposed by Life Technologies Corporation and Cogent Medical Laboratory LLC The parties acknowledge that they neither intend to enter, nor have they entered, into any agreement to negotiate a definitive agreement pursuant to this document, and either party may, at any time prior to execution of such definitive agreement, propose different terms from those summarized here or unilaterally terminate all negotiations without any liability whatsoever to the other party. Each party is and will be solely liable for all of its own fees, costs, and other expenses in conjunction with negotiation and preparation of a final agreement pursuant to this document.*

The following is a summary of proposed commercial terms (the "Summary of Terms") for the proposed supply of COVID-19-related products from Life Technologies Corporation, a part of Thermo Fisher Scientific Inc. ("LTC") and Cogent Medical Laboratory LLC ("Buyer"). This Summary of Terms is not intended to be a binding agreement between the parties. A binding agreement will not exist unless and until both parties have negotiated, approved, executed and delivered definitive agreements. Furthermore, both parties shall each have the right to terminate all negotiations regarding the proposed partnership and any related transactions at their sole discretion without liability or obligation.

**Background**

LTC manufacturers and supplies products used for the detection of nCoV-2 virus and would like to support labs adopting technologies and processes to extend and improve upon the testing for COVID-19.

Buyer desires to use products supplied by LTC in its processes to provide diagnostic testing services for its customers.

The parties desire to arrange for better forecasting of potentially scarce products for planning purposes and for more secure supply.

| | |
|---|---|
| **LTC Products** | "**LTC Products**" would mean the consumable products to be supplied by LTC as listed in the Quotation attached hereto as Schedule 1 (the "Quote"). |
| **Pricing** | Pricing for LTC Product would be as set forth in the Quote. |
| **Supply** | LTC would supply the LTC Products pursuant to quote terms and conditions that LTC has been using to supply such LTC Products to customers worldwide since the COVID crisis began. |
| **Approved Buyer Service** | "**Approved Buyer Service**" would mean an in vitro diagnostic service offered by Buyer to detect nCOV-2 in human patients that (i) uses LTC Products in the workflow and (ii) has received all applicable regulatory approvals and/or certifications (e.g., Emergency Use Authorization, CLIA certification, etc.) required to offer such service. |



| Field | "**Field**" would mean the detection of the nCOV-2 virus solely as part of an Approved Buyer Service. |
|---|---|
| Territory | United States of America |
| Use Authorization | LTC would authorize Buyer on a non-exclusive basis in the Field and Territory during the Term to use LTC Products in providing Approved Buyer Services.<br><br>No rights would be granted to make, use or re-sell LTC Products or other components thereof other than as part of Approved Buyer Services that use LTC Products in the Territory in the Field. |
| Roles: | **The parties expect that LTC would be responsible for:**<br><br>• Manufacture and supply of LTC Products under LTC's standard terms and conditions, available at: http://www.thermofisher.com/us/en/home/global/terms-and-conditions.html<br><br>• Technical support of LTC Products<br><br>• LTC's commitment to support the LTC Products would be contingent upon the items being unaltered and used in conformance with the use authorization<br><br>**The Parties expect that Buyer would be responsible for:**<br><br>• Technical and clinical validation of Approved Buyer Services.<br><br>• Automation of its environment, as well as any required regulatory approvals or certifications (e.g., CLIA) required in the geographies in which Buyer would be offering Approved Buyer Services. |
| IP | LTC would retain all rights to current and future intellectual property related to its products and workflows that are used or developed in connection with this transaction. Buyer would not acquire any existing intellectual property nor other rights of LTC, by implication, estoppel or otherwise. |
| Regulatory Matters | Buyer would be solely responsible, at its own cost, for obtaining all regulatory approvals and certifications necessary for Buyer to perform the Approved Buyer Services in the Territory. |
| Purchase Commitments | • Buyer would submit to LTC a non-cancelable purchase order for a minimum purchase of LTC Products necessary for Buyer to process at least 690,000 samples, as described in the Quote (Quote number **P4087111**). Such amount is intended to cover the first three (3) months of Buyer's forecasted requirements.<br><br>• The purchase order would incorporate the defined shipment schedule attached hereto as <u>Schedule 2</u> that sets forth the quantities of LTC Products to be delivered to Buyer over the first twelve (12) months. |



|  | LTC would work with Buyer to schedule deliveries of LTC Products that meet Buyer's expected weekly testing volume |
|---|---|
| **Term** | The initial term would be one (1) year; provided, however, that after the first nintety (90) days, Buyer could terminate for convenience upon ninety (90) days prior written notice to LTC. For clarity, prior to and up through the effective date of termination, Buyer would continue to receive and pay for LTC Products in accordance with the shipment schedule set forth in Schedule 2. |
| **Shipping** | FCA LTC's Shipping Point (Incoterms 2010) |
| **Delivery Schedule** | • Buyer would specify in its purchase order the amount of LTC Products Buyer is requesting each week for the following twelve (12) months, as described in Schedule 2. <br><br> • In the event Buyer desires to adjust the amounts or scheduling of products it has ordered, LTC would work in good faith with Buyer to handle such requests; provided, however (i) LTC may reject adjusted amounts to the extent that such amounts exceed the originally ordered amount by more than 10% (though, in such an instance, LTC would use commercially reasonable efforts to fulfill such additional amount, subject to normal lead times for such products). <br><br> • LTC reserves the right to make partial shipments and adjust the delivery schedule based on any impacts arising out of, or related to, COVID-19. Notwithstanding anything to the contrary in LTC's Standard Terms & Conditions, LTC would not be liable for delays or non-performance as a result of causes related to COVID-19 or other acts beyond its reasonable control. |
| **Invoicing and Payment Terms** | Invoice will be issued upon product shipment. <br> Payment terms: net 30 days; subject to credit approval by LTC |
| **Publicity** | Neither Party would disclose any matters relating to this Summary of Terms in any advertising, promotion, publicity, press release, article or other public communication without the other party's prior written consent. |
| **Termination** | Buyer would be able to terminate agreement in writing with at least ninety (90) days prior notice. |

**ThermoFisher SCIENTIFIC**

## Schedule 1
## QUOTATION
(Quote No. **P4087111**)

| Line | Product | Part Description | Quantity | Unit Size | Net Amount | Ext Price |
|---|---|---|---|---|---|---|
| 1 | A47814 | TAQPATH RTPCR COVID-19-1000RXN | 552 | EACH | $14,668.00 | $8,096,736.00 |
| 2 | A48383 | MVP II KIT 2,000 PREPS | 345 | 2,000 PREPS | $2,991.00 | $1,031,895.00 |
| 3 | 267600 | KF 96 KF PLATE (200 UL), 48/CS | 150 | CASE OF 50 | $189.00 | $28,350.00 |
| 4 | 4306311 | MICROAMP CLEAR ADHESIVE FILM, | 360 | 100 PC | $150.00 | $54,000.00 |
| 5 | AM12450 | NS RNASE-FREE TUBES 1.5 ML | 144 | 250 TUBES PER BAG | $61.00 | $8,784.00 |
| 6 | 97002534 | KF 96 TIP COMB FOR DW MAGNETS | 72 | 10X10 PCS\BOX | $646.00 | $46,512.00 |
| 7 | A48305 | DEEP WELL 96 PLATE, 50 PCS | 575 | EACH | $326.00 | $187,450.00 |
| 8 | AM9932 | NUCLEASE-FREE WATER 1000 ML | 112 | EACH | $91.50 | $10,248.00 |
| 9 | A28523 | 10ML TP 1STEP MMX NO ROX | 385 | EA | $3,805.00 | $1,464,925.00 |
| 10 | 4311971 | FG,OPTICAL ADHESIVE COVERS | 19 | EACH | $270.00 | $5,130.00 |
| 11 | 4326270 | TF,384-WELL CLEAR OPTICAL PLATE BULK PK | 4 | 500 BULK | $2,800.00 | $11,200.00 |

**Schedule 2**

**ThermoFisher**
SCIENTIFIC

**DELIVERY SCHEDULE – to be filled for all four quarters.**

| First quarter - Example ||| Second quarter - Example |||
|---|---|---|---|---|---|
| Week number | Week start date | Number of tests | Week number | Week start date | Number of tests |
| 1 | 17-Aug-20 | 10,000 | 1 | 16-Nov-20 | 75,000 |
| 2 | 24-Aug-20 | 10,000 | 2 | 23-Nov-20 | 75,000 |
| 3 | 31-Aug-20 | 10,000 | 3 | 30-Nov-20 | 75,000 |
| 4 | 7-Sep-20 | 10,000 | 4 | 7-Dec-20 | 75,000 |
| 5 | 14-Sep-20 | 50,000 | 5 | 14-Dec-20 | 75,000 |
| 6 | 21-Sep-20 | 75,000 | 6 | 21-Dec-20 | 75,000 |
| 7 | 28-Sep-20 | 75,000 | 7 | 28-Dec-20 | 75,000 |
| 8 | 5-Oct-20 | 75,000 | 8 | 4-Jan-21 | 75,000 |
| 9 | 12-Oct-20 | 75,000 | 9 | 11-Jan-21 | 75,000 |
| 10 | 19-Oct-20 | 75,000 | 10 | 18-Jan-21 | 75,000 |
| 11 | 26-Oct-20 | 75,000 | 11 | 25-Jan-21 | 75,000 |
| 12 | 2-Nov-20 | 75,000 | 12 | 1-Feb-21 | 75,000 |
| 13 | 9-Nov-20 | 75,000 | 13 | 8-Feb-21 | 75,000 |
| Total number of tests || 690,000 | Total number of tests || 975,000 |

| Third quarter - Example ||| Fourth quarter - Example |||
|---|---|---|---|---|---|
| Week number | Week start date | Number of tests | Week number | Week start date | Number of tests |
| 1 | 15-Feb-21 | 75,000 | 1 | 17-May-21 | 75,000 |
| 2 | 22-Feb-21 | 75,000 | 2 | 24-May-21 | 75,000 |
| 3 | 1-Mar-21 | 75,000 | 3 | 31-May-21 | 75,000 |
| 4 | 8-Mar-21 | 75,000 | 4 | 7-Jun-21 | 75,000 |
| 5 | 15-Mar-21 | 75,000 | 5 | 14-Jun-21 | 75,000 |
| 6 | 22-Mar-21 | 75,000 | 6 | 21-Jun-21 | 75,000 |
| 7 | 29-Mar-21 | 75,000 | 7 | 28-Jun-21 | 75,000 |
| 8 | 5-Apr-21 | 75,000 | 8 | 5-Jul-21 | 75,000 |
| 9 | 12-Apr-21 | 75,000 | 9 | 12-Jul-21 | 75,000 |
| 10 | 19-Apr-21 | 75,000 | 10 | 19-Jul-21 | 75,000 |
| 11 | 26-Apr-21 | 75,000 | 11 | 26-Jul-21 | 75,000 |
| 12 | 3-May-21 | 75,000 | 12 | 2-Aug-21 | 75,000 |
| 13 | 10-May-21 | 75,000 | 13 | 9-Aug-21 | 75,000 |
| Total number of tests || 975,000 | Total number of tests || 975,000 |

**ThermoFisher**
**SCIENTIFIC**