

8/25/2020

Attention: Life Technologies Corporation

Re: Purchase Order for Thermo Fisher Scientific Quote P4087111

Dear: To Whom it Concerns,

Cogent Purchase Order Number: C2020035

Cogent has issued purchase order number **C2020035** for the supply chain agreement to purchase lab supplies needed to process COVID 19 specimens on Thermo Fisher molecular instruments and Kingfishers for a one year period. Volume and pricing is provided from Thermo Fisher Cogent COVID Supply Chain Agreement document.

Sincerely,

Robert E Gates
Managing Member
918-949-5544

EX. 3

6914 S Yorktown Ave, Ste 110 Tulsa, OK 74136        (833)961-1239