

10/1/2020

Attention:

Thermo Fisher Scientific

Re: Company Name change on Thermo Fisher Billing

Dear To Whom It Concerns,

This letter is in response to an email wanting a letter in Cogent letter head agreeing to change the name on the Thermo Fisher bills for the equipment and lab materials to Optimum Lab Services, LLC that was delivered to Cogent located at 6914 S Yorktown Ave, Ste 110, Tulsa, OK. Please make this change and I am in agreement.

Sincerely,


Robert E Gates

Managing Member

918-949-5544

EX. 4

**7133 Riverside Parkway Ste A, Tulsa, OK. 74136**            **Phone (918) 561-6896**