UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Life Technologies Corporation, | | |
| | Plaintiff(s), | Case No.: 4:21-cv-533-CVE-CDL |
| vs. | | |
| Optimum Lab Services, LLC et al., | | **SETTLEMENT CONFERENCE REPORT** |
| | Defendant(s). | |

On November 22, 2022, a Settlement Conference was held in the captioned matter.

 The litigation was settled; within **45** days of the date hereof, the Plaintiff and Defendant shall file:

-- a Stipulation of Dismissal
   OR
-- Agreed Judgment and
   Motion to Enter Agreed Judgment

☐ The litigation was not settled.

☐ Settlement negotiations are pending. The parties are to phone the undersigned by _____ on _____ .

DATED: 11/22/2022

_____
Elliot P. Anderson, Adjunct Judge

Settlement Conference Report SC-03 (5/2021)