UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> OPTIMUM LAB SERVICES, LLC, ) <br> COGENT MEDICAL LABORATORY, LLC, ) <br> and ) <br> PEDIATRIC ALLERGY SOLUTIONS, INC., ) <br> ) <br> **Defendants.** ) | Case No. 21-CV-0533-CVE-CDL |

## ADMINISTRATIVE CLOSING ORDER

Before the Court is the settlement conference report (Dkt. # 32) advising that this matter has settled. Based upon the parties' representation and for good cause shown, the Court finds that this matter should be and is hereby administratively closed.

**IT IS THEREFORE ORDERED** that, pursuant to LCvR 41.1, this matter is **administratively closed** pending either an order of the Court reopening the action, or until this case is dismissed with prejudice by stipulation of the parties.

**IT IS FURTHER ORDERED** that all pending scheduling order deadlines, including the May 3, 2023 pretrial conference and the May 15, 2023 jury trial, are hereby **stricken.**. The parties shall file their fully-executed joint stipulation of dismissal no later than **January 6, 2023** as previously directed.

**DATED** this 22nd day of November, 2022.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE