# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OPTIMUM LAB SERVICES, LLC, COGENT ) <br> MEDICAL LABORATORY, LLC and ) <br> PEDIATRIC ALLERGY SOLUTIONS, LLC, ) <br> ) <br> Defendants. ) | Case No. 21-CV-533-CVE-CDL |

## PLAINTIFF'S UNOPPOSED MOTION TO VACATE ADMINISTRATIVE CLOSING ORDER

Plaintiff, Life Technologies Corporation, by and through its undersigned counsel, files the within Unopposed Motion to Vacate Administrative Closing Order and in support, thereof, states as follows:

1. Life Technologies ("Plaintiff") brought this action against Cogent Medical Laboratory, LLC ("Cogent"), Optimum Lab Services, LLC ("Optimum"), and Pediatric Allergy Solutions, LLC ("Pediatric") seeking payment for products purchased from Plaintiff (*See* Docket No. 2).

2. Of the three named Defendants, only Cogent filed an Answer (*See* Docket No. 16).

3. Plaintiff was unable to take a default judgement against the two non-answering defendants pursuant to Hunt v. Inter-Globe Energy, Inc., 770 F.2d 145, 147 (10th Cir. 1985) ("when one of several defendants who is alleged to be jointly liable defaults, judgment should not be entered against him until the matter has been adjudicated

with regard to all defendants, or all defendants have defaulted.") (Citing 10 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 2690, at 455–56 (1983)).

4. On November 22, 2022, Plaintiff and Cogent engaged in mediation, during which a settlement was agreed to.

5. On November 22, 2022, a Settlement Conference Report was filed (*See* Docket No. 32), and this Court entered an Administrative Closing Order, pursuant to that Settlement Conference Report, administratively closing the case pending either an order of the Court reopening the action, or until the case is dismissed with prejudice by stipulation of the parties (*See* Docket No. 33).

6. Plaintiff is seeking an Order of Court vacating the Administrative Closing Order and reopening the present action for the following reasons.

7. First, this matter should not be closed as to Cogent because Cogent is allowing Plaintiff to enter a consent judgment against it for a portion of the amount sought by Plaintiff. Therefore, the case needs to remain open in order for that consent judgment to be entered. Plaintiff intends to do so shortly.

8. Additionally, this case is not settled as to all parties because Plaintiff's causes of action against Defendants Optimum and Pediatric are still pending. Neither of those entities has filed an answer in this case and neither took part in the mediation. Plaintiff intends to move to have default judgments entered against those two defendants and then to pursue collection actions against them.

9. Plaintiff does not believe that the scheduling dates need to be reinstated at this time, due to its intended actions set forth in paragraphs 6 and 7 above.

10.     Plaintiff has consulted with counsel for Cogent, and it consents to this motion being filed and the requested relief being granted.

WHEREFORE, Plaintiff, Life Technology Corporation, respectfully requests that this Honorable Court enter an Order vacating the Administrative Closing Order and reopening the case.

Respectfully submitted,

/s/ *C. Eric Shephard*
Greg A. Castro, OBA No. 11787
C. Eric Shephard, OBA No. 22299
FELLERS, SNIDER, BLANKENSHIP,
 BAILEY & TIPPENS, P.C.
100 North Broadway, Suite 1700
Oklahoma City, OK  73102-9211
Telephone:    (405) 232-0621
Facsimile:    (405) 232-9659
Email:        *gcastro@fellerssnider.com*
              *eshephard@fellerssnider.com*

*-and-*

Scott R. Leah, PA I.D. #57564
*(Admitted Pro Hac Vice)*
Tucker Arensberg, PC
1500 One PPG Place
Pittsburgh, PA 15222
Telephone:    (412) 594-5619
Email:        *sleah@tuckerlaw.com*
**Attorneys for Plaintiff**

3

## CERTIFICATE OF SERVICE

      I hereby certify that on November 30, 2022, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

                                  /s/ *C. Eric Shephard*
                                  C. Eric Shephard

#05971/897412