IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-CV-0533-CVE-CDL |
| ) | |
| OPTIMUM LAB SERVICES, LLC, ) | |
| COGENT MEDICAL LABORATORY, LLC, ) | |
| and PEDIATRIC ALLERGY SOLUTIONS, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff Life Technologies Corporation's Unopposed Motion to Vacate Administrative Closing Order (Dkt. # 34). For good cause shown, the Court finds that the motion should be and is hereby granted.

**IT IS THEREFORE ORDERED** that the motion (Dkt. # 34) is **granted**. The Administrative Closing Order (Dkt. # 33) is hereby **vacated**, and the case is **reopened**. Scheduling order deadlines are **not** reinstated. Counsel is directed to proceed accordingly.

**DATED** this 30th day of November, 2022.

*[signature]*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE