## UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-CV-533-CVE-CDL |
| | ) | |
| OPTIMUM LAB SERVICES, LLC, COGENT | ) | |
| MEDICAL LABORATORY, LLC and | ) | |
| PEDIATRIC ALLERGY SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO ENTER AGREED
## JUDGMENT AGAINST COGENT MEDICAL LABORATORY, LLC

Plaintiff, Life Technologies Corporation ("Life Tech") and Cogent Medical Laboratory LLC ("Cogent"), by and through their respective counsel, files this Joint Motion to Enter Agreed Judgment in favor of Life Tech and against Cogent. In support thereof, the movants state as follows:

1.      Life Tech bought this action against Cogent, Optimum Lab Services, LLC ("Optimum"), and Pediatric Allergy Solutions, LLC ("Pediatric") seeking payment for products purchased from Plaintiff (*See* Docket No. 2).

2.      Of the three named Defendants, only Cogent filed an Answer (*See* Docket No. 16).

3.      On December 22, 2022, Life Tech and Cogent reached settlement of the disputes at issue between them in this litigation.

4.      As part of this settlement, Cogent agreed to a $400,000 judgment in favor of Life Tech.

5.      Life Tech and Cogent respectfully request that the Court enter judgment as agreed to by the parties. A proposed form of agreed judgment will be submitted to the Court via CM/ECF consistent with local rules and procedures.

6.      The entry of the agreed judgment will resolve all matters at issue between Life Tech and Cogent. It will also allow Life Tech to seek default judgment against Optimum and Pediatric. *Hunt v. Inter-Globe Energy, Inc.*, 770 F.2d 145, 147 (10th Cir. 1985) ("[W]hen one of several defendants who is alleged to be jointly liable defaults, judgment should not be entered against him until the matter has been adjudicated with regard to all defendants, or all defendants have defaulted.") (Citing 10 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 2690, at 455–56 (1983)).

7.      A proposed agreed judgment is being submitted concurrently herewith for the Court's consideration.

WHEREFORE, Life Tech and Cogent respectfully jointly request that this Court enter the agreed judgment in favor of Life Sciences and against Cogent in the amount of $400,000, and such other further relief that is consistent with such agreed judgment.

Respectfully submitted,

/s/ C. Eric Shephard
Greg A. Castro, OBA No. 11787
C. Eric Shephard, OBA No. 22299
FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS, P.C.
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-9211
Telephone: (405) 232-0621
Facsimile: (405) 232-9659
Email: gcastro@fellerssnider.com
eshephard@fellerssnider.com

-and-

Scott R. Leah, PA I.D. #57564
(Admitted Pro Hac Vice)
TUCKER ARENSBERG, PC
1500 One PPG Place
Pittsburgh, PA 15222
Telephone: (412) 594-5619
Email: sleah@tuckerlaw.com

*Attorneys for Life Tech*


*/s/ Chad J. Kutmas*
Chad J. Kutmas, OBA #19505
ckutmas@nwlawok.com
NORMAN WOHLGEMUTH, LLP
401 S. Boston Avenue, Suite 3200
Tulsa, OK 74103
(918) 583-7571 (office)
(918) 584-7846 (facsimile)

*Attorneys for Cogent*