UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LIFE TECHNOLOGIES CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 21-CV-533-CVE-CDL |
| ) | |
| **OPTIMUM LAB SERVICES, LLC,** ) | |
| **COGENT MEDICAL LABORATORY, LLC,** ) | |
| **PEDIATRIC ALLERGY SOLUTIONS, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

This matter comes on for consideration of the Joint Motion to Enter Agreed Judgment against Cogent Medical Laboratory, LLC (Dkt. # 36). The parties state that plaintiff Life Technologies Corporation and defendant Cogent Medical Laboratory, LLC (Cogent) have reached a settlement agreement, and the parties have agreed to the entry of judgment against Cogent in the amount of $400,000 as part of the settlement. The remaining defendants have not answered or entered an appearance, and plaintiff will seek a default judgment against Optimum Lab Services, LLC and Pediatric Allergy Solutions, LLC. The Court finds that entry of judgment against Cogent is appropriate under Fed. R. Civ. P. 54(b), and the joint motion to enter an agreed judgment should be granted. **Plaintiff is directed to promptly obtain clerk's entry of default and file a motion for default judgment against the remaining defendants.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Enter Agreed Judgment against Cogent Medical Laboratory, LLC (Dkt. # 36) is **granted**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of plaintiff Life Technologies Corporation and against defendant Cogent Medical

Laboratory, LLC in the amount of $400,000, plus post-judgment interest thereon from this date at the rate of 4.73% per annum, plus the costs of this action.

**DATED** this 10th day of January, 2023.

*/s/ Claire V. Eagan*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE