IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-CV-533-CVE-CDL |
| ) | |
| OPTIMUM LAB SERVICES, LLC, COGENT ) | |
| MEDICAL LABORATORY, LLC and ) | |
| PEDIATRIC ALLERGY SOLUTIONS, LLC, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT CLERK AGAINST DEFENDANTS OPTIMUM LAB SERVICES, LLC AND PEDIATRIC ALLERGY SOLUTIONS, LLC**

Pursuant to Fed. R. Civ. P. 55(a) and LCvR 55.1, Plaintiff Life Technologies Corporation ("LTC") moves the Court for entry of default judgment by the Court Clerk against Defendants Optimum Lab Services, LLC ("Optimum") and Pediatric Allergy Solutions, LLC ("PAS"). In support, LTC states as follows:

1. On December 10, 2021, LTC filed its Complaint [Doc. 2] seeking money damages in an amount in excess of $75,000 based on claims sounding in breach of contract, promissory estoppel and unjust enrichment.

2. Pursuant to Fed. R. Civ. P. 4, Optimum and PAS were properly served with process by personal process server on December 30, 2021. *See* Proofs of Service [Doc. 8-9]. Thus, their deadline to answer or otherwise respond to the Complaint [Doc. 2] was January 20, 2022. *See also, Ex. 1, Shephard Aff.*

3. To date, Optimum and PAS have not filed answers or other responsive pleadings. They also have not appeared personally or by a representative. They are therefore in default.

4. LTC is entitled to entry of default by the Clerk of the Court.

5. By subsequent motion, LTC will submit a proposed money judgment setting forth the amount being sought.

## PRAYER FOR RELIEF

WHEREFORE, LTC respectfully requests that the Clerk of this Court enter default judgment against Optimum and PAS.

Respectfully submitted,

/s/ C. Eric Shephard
Greg A. Castro, OBA # 11787
C. Eric Shephard, OBA # 22299
FELLERS, SNIDER, BLANKENSHIP,
 BAILEY & TIPPENS, P.C.
100 North Broadway Avenue, Suite 1700
Oklahoma City, OK 73102-8820
Telephone: (405) 232-0621
Facsimile: (405) 232-9659
Email: gcastro@fellerssnider.com
 eshephard@fellerssnider.com
-and-
Scott R. Leah, PA I.D. #57564
*Admitted Pro Hac Vice*
sleah@tuckerlaw.com
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
**Attorneys for Plaintiff**