# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-CV-533-CVE-CDL |
| ) | |
| OPTIMUM LAB SERVICES, LLC, COGENT ) | |
| MEDICAL LABORATORY, LLC and ) | |
| PEDIATRIC ALLERGY SOLUTIONS, LLC, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT

STATE OF OKLAHOMA )
) SS:
COUNTY OF OKLAHOMA )

C. Eric Shephard, being first duly sworn, deposes and says:

1. I am the attorney of record for Plaintiff in the above-entitled cause and has personal knowledge of the facts set forth in this Affidavit.

2. The Complaint in this action was filed on December 10, 2021 [Doc. 2].

3. On December 30, 2021, 2022, the Complaint and Summons were served on Defendants Optimum Lab Services, LLC ("Optimum") and Pediatric Allergy Solutions, LLC ("PAS") [Docs. 8-9].

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Optimum and PAS were required to file and serve their responses to Plaintiff's Complaint no later than January 20, 2022.

5. Optimum and PAS failed to file or serve any response to the Plaintiff's Complaint. No appearance has been entered on behalf of either Optimum and PAS. Nor

1

has either Defendant taken any action to evidence an intent to defend this action.

6. On January 10, 2023, this Court entered judgment in favor of Plaintiff and against Defendant Cogent Medical Laboratory, LLC (Doc. 37) pursuant to the Joint Motion for Judgment Agreed to by Defendant Cogent Medical Laboratory, LLC filed on January 6, 2023 (Doc. 36).

7. The remaining Defendants (Optimum and PAS) have still taken no action to evidence an intent to defend this action.

8. Defendants Optimum and PAS, being artificial entities, are not infants or incompetent individuals.

9. Defendants Optimum and PAS, being artificial entities, are not in military service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

_____
Greg A. Castro, OBA # 11787
C. Eric Shephard, OBA # 22299
FELLERS, SNIDER, BLANKENSHIP,
  BAILEY & TIPPENS, P.C.
100 North Broadway Avenue, Suite 1700
Oklahoma City, OK 73102-8820
Telephone:  (405) 232-0621
Facsimile:  (405) 232-9659
Email:      gcastro@fellerssnider.com
            eshephard@fellerssnider.com
***Attorneys for Plaintiff***

2

THE STATE OF OKLAHOMA § 
§
COUNTY OF OKLAHOMA §

BEFORE ME, THE UNDERSIGNED AUTHORITY, a Notary Public in and for the State of Oklahoma, on this 9th day of February 2023, personally appeared C. Eric Shephard, personally known to or proved to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 9th day of February 2023.

My Commission Expires:

10/14/23

(SEAL)

Allicia D. Bolton
NOTARY PUBLIC IN AND FOR THE STATE OF OKLAHOMA

ALLICIA D BOLTON
NOTARY
# 19010342
EXP. 10/14/23
PUBLIC
STATE OF OKLAHOMA