UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Life Technologies Corporation,<br><br>       Plaintiff(s),<br><br>vs.<br><br><br>Optimum Lab Services, LLC et al,<br><br>       Defendant(s). | Case No.: 21-cv-00533-CVE-CDL<br><br><br><br><br>**CLERK'S ENTRY OF DEFAULT** |

  It appears from the files and records of this Court as of February 10, 2023, and the affidavit of C. Eric Shephard, that the defendant(s), Optimum Lab Services, LLC and Pediatric Allergy Solutions, LLC against whom judgment for affirmative relief is sought in this action, has/have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

  Now, therefore, I, Mark C. McCartt, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of said defendant(s).

              Mark C. McCartt, Clerk of Court

              s/ L. Tiefenthaler

              By: L. Tiefenthaler, Deputy Clerk