IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OPTIMUM LAB SERVICES, LLC, COGENT ) <br> MEDICAL LABORATORY, LLC and ) <br> PEDIATRIC ALLERGY SOLUTIONS, LLC, ) <br> ) <br> Defendants. ) | Case No. 21-CV-533-CVE-CDL |

**MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANTS OPTIMUM LAB SERVICES, LLC AND PEDIATRIC
ALLERGY SOLUTIONS, LLC**

On December 10, 2021, Life Technologies Corporation (the "Plaintiff"), filed its Complaint (Doc. 2) seeking payment owed to Plaintiff by Defendants Optimum Lab Services, LLC, Cogent Medical Laboratory, LLC, and Pediatric Allergy Solutions, LLC. On January 10, 2023, this Court entered judgment in favor of Plaintiff Life Technologies Corporation and against Defendant Cogent Medical Laboratory, LLC (Doc. 37) pursuant to the Joint Motion for to Enter Agreed Judgment Against Defendant Cogent Medical Laboratory, LLC filed on January 6, 2023 (Doc. 36). Defendants Optimum Lab Services, LLC and Pediatric Allergy Solutions, LLC (the "Remaining Defendants") have taken no steps to evidence an intent to defend this action. As such, Plaintiff filed a Motion for Entry of Default by the Clerk (Doc. 38) against Remaining Defendants on February 9, 2023. On February 10, 2023, the Clerk of Court entered an Entry of Default (Doc. 40) against Remaining Defendants in accordance with Federal Rule of Civil Procedure 55(a).

Because the Remaining Defendants failed to answer or appear in this proceeding and are in default under Federal Rule of Civil Procedure 55(a), the matters alleged in the Complaint (Doc. 2) are deemed admitted. Plaintiff seeks judgment against the Remaining Defendants in the amount of $11,142,471.60, representing the outstanding amount of invoices owed to Plaintiff ($9,993,649.87), plus the outstanding amount owed in late fees ($1,548,821.73), minus the $400,000 dollars Defendant Cogent Medical Laboratory, LLC has agreed to pay Plaintiff. The Complaint alleges the following facts that are sufficient for the Court to grant a default judgment in favor of Plaintiff:

In order to secure access to scarce Covid-19 lab testing materials during the height of the pandemic, Defendants agreed to purchase certain guaranteed quantities of those materials from Plaintiff. Defendants immediately fell behind on their obligations but promised payment was forthcoming in order to ensure the continued shipment of products. Defendants repeatedly assured Plaintiff that the invoices would be paid as soon as they began receiving payments under a five-year Government Supply Agreement and requested that Plaintiff continue to make the contracted shipments of products. Although there were no conditions precedent to Defendants' obligations to pay Plaintiff (including receipt of payment under the GSA), Plaintiff deferred taking further action against Defendants in reasonable reliance on Defendants' misrepresentations that payment from the U.S. government was imminent. Despite the promises of Cogent, Optimum, and Pediatric, Plaintiff was not paid for the products ordered by Defendants, and a large balance remains on the account. To date, Defendants have failed to pay Plaintiff invoices in the amount of $9,993,649.87. Additionally, pursuant to the Terms and Conditions of Sale that governed

the parties' relationship, Plaintiff is entitled to receive interest at the rate of 1.5% per month on each late payment as a "late-payment" charge. The outstanding amount owed in late payment charges as of October 31, 2021, was $1,548,821.73. On January 10, 2023, this Court entered judgment in favor of Plaintiff and against Defendant Cogent Medical Laboratory, LLC (Doc. 37). As part of said Judgment (which was entered by consent), Cogent agreed to pay Plaintiff $400,000. Plaintiff seeks judgment against the Remaining Defendants in the amount of $11,142,471.60, representing the outstanding balance owed. Remaining Defendants are jointly and severally liable for that amount.

### **RELIEF REQUESTED**

WHEREFORE, the Plaintiff prays for judgment in favor of the Plaintiff and against the Remaining Defendants as set forth herein. A proposed default judgment order has been submitted simultaneously herewith.

Dated this 15th day of February, 2023.

Respectfully submitted,

/s/ *C. Eric Shephard*
Greg A. Castro, OBA # 11787
C. Eric Shephard, OBA # 22299
FELLERS, SNIDER, BLANKENSHIP,
   BAILEY & TIPPENS, P.C.
100 North Broadway Avenue, Suite 1700
Oklahoma City, OK 73102-8820
Telephone:   (405) 232-0621
Facsimile:   (405) 232-9659
Email:  gcastro@fellerssnider.com
         eshephard@fellerssnider.com

        *-and-*
        Scott R. Leah, PA I.D. #57564
        *Admitted Pro Hac Vice*
        sleah@tuckerlaw.com
        1500 One PPG Place
        Pittsburgh, Pennsylvania 15222
        **Attorneys for Plaintiff**