UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **LIFE TECHNOLOGIES CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 21-CV-533-CVE-CDL |
| | ) | |
| | ) | |
| **OPTIMUM LAB SERVICES, LLC and** | ) | |
| **PEDIATRIC ALLERGY SOLUTIONS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFAULT JUDGMENT

Plaintiff Life Technologies Corporation filed a motion for entry of default judgment against defendants Optimum Lab Services, LLC and Pediatric Allergy Solutions, LLC. Dkt. # 41. Pursuant to Fed. R. Civ. P. 55(a), default judgment is appropriate when "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise." The Court Clerk has found that Optimum Lab Services, LLC and Pediatric Allergy Solutions, LLC are in default, and clerk's entry of default has been entered. Dkt. # 40. Plaintiff has shown that its damages are capable of determination for a sum certain, and no hearing on the issue of damages is necessary. The Court has already entered judgment against Cogent Medical Laboratory, LLC, and this default judgment will dispose of all claims remaining in this case.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that default judgment is hereby entered in favor of plaintiff Life Technologies Corporation and against defendants Optimum Lab Services, LLC and Pediatric Allergy Solutions, LLC for compensatory damages in

the amount of $11,142,471.60, plus post-judgment interest thereon from this date at the rate of 4.87 % per annum, plus the costs of this action. This is a final order terminating this case.

**DATED** this 24th day of February, 2023.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE